**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-2327-WJM-MEH

AVAYA, INC., a Delaware corporation,

        Plaintiff,

v.

UNITED PACIFIC (USA) CORP., a New York corporation,

        Defendant.

## STIPULATED PRELIMINARY INJUNCTION

The parties hereto, Plaintiff Avaya, Inc. ("Avaya" or "Plaintiff") and Defendant United Pacific (USA) Corp. ("UP" or "Defendant"), by their respective attorneys and pursuant to Fed. R. Civ. P. 65, hereby stipulate and agree to the following preliminary injunction and related orders:

PENDING final determination in this action, Defendant United Pacific (USA) Corp. and its representatives, servants and agents, employees, officers, directors, partners, attorneys, and all other persons under their control or who are in active concert or participation with them,

    (A)  ARE HEREBY RESTRAINED AND ENJOINED FROM:

    (1) advertising, selling, offering for sale, marketing, distributing, selling, exposing, shipping, mailing, listing, taking orders for, promoting, buying, ordering, exhibiting, destroying, or in any manner disposing of products or aiding in any way the advertising, selling, offering for sale, marketing, distributing, selling, exposing, shipping, mailing, listing, taking orders for, promoting, buying, ordering,

exhibiting, destroying, or in any manner disposing of counterfeit Avaya product or Imitation Avaya Product,[1] and from marketing, advertising, or promoting the sale of counterfeit Avaya product or Imitation Avaya Product in any way;

(2) producing, manufacturing, reproducing, or aiding in any way the producing, manufacturing, assembling, or reproducing of any counterfeit Avaya product or Imitation Avaya Product; and

(3) destroying, removing, overwriting, transferring possession of, deleting, selling, hiding, secreting, or otherwise disposing of any evidence (tangible, documentary, or otherwise), including counterfeit Avaya product or Imitation Avaya Product, related to Avaya, its name or the claims and facts involved in this action.

(B) ARE HEREBY ORDERED TO immediately deliver to Plaintiff for inspection, copying, and seizure (if counterfeit), ten Model TN2305B Circuit Packs, six Model TN224CP Circuit Packs, one Model 6424 digital telephone unit, and ten Model 6408 digital telephone units[2] found during the search and seizure conducted on September 14 to 16, 2011, at Defendant's headquarters at One Cross Island Plaza, Suite 229B, Rosedale, NY 11422 by shipping same via Federal Express or United Parcel Service to Joseph Callahan, CPP, Senior Manager Investigations & ESS, Avaya Corporate Security, 211 Mount Airy Road, Room 1E208, Basking Ridge, NJ 07920. Plaintiff will reimburse Defendant for

---

[1] Imitation Avaya Product includes all physically tangible objects purporting to be but not actually manufactured, distributed or used by Avaya, including, but not limited to telephones, telephone switches, varistor pads, circuit packs, PCB's display brackets, telephone buttons, and/or other telephone or telecommunications systems or components or product bearing the Avaya name and/or mark.

[2] Avaya has asserted eleven Model 6408 digital telephone units were identified during the inspection. If an eleventh Model 6408 unit is later located by Defendant, it will send the unit to Avaya for inspection per the same method and terms identified in this Stipulated Preliminary Injunction.

the costs incurred in shipping said materials within fourteen days of receiving a statement of those costs.

IT IS FURTHER ORDERED THAT Plaintiff's initial security bond in the amount of $150,000.00 shall constitute the security required by Fed. R. Civ. P. 65(c) unless otherwise ordered by the Court upon proper motion of either party.

DATED this 21st day of September, 2011.

| | |
|---|---|
| *s/ Jesús M. Vazquez* | *s/ Christian H. Hendrickson* |
| Jesús M. Vazquez, Esq. | Kelly K. Robinson, Esq. |
| Edward A. Gleason, Esq. | Christian H. Hendrickson, Esq. |
| Rothgerber Johnson & Lyons LLP | Kellie F. Nelson, Esq. |
| One Tabor Center, Suite 3000 | Sherman & Howard L.L.C. |
| Denver, Colorado  80202 | 633 17th Street, Suite 3000 |
| Telephone: 303.623.9000 | Denver, Colorado  80202 |
| | Telephone:  303.297.2900 |
| *Attorneys for Defendant* | |
| *United Pacific (USA) Corp.* | Robert T. Egan, Esq. |
| | James Graziano, Esq. |
| | Christine S. Baxter, Esq. |
| | ARCHER & GREINER, A Professional Corporation |
| | One Centennial Square |
| | Haddonfield, NJ 08033-0968 |
| | Telephone: (856) 795-2121 |
| | Facsimile: (856) 795-0574 |
| | E-mail:  regan@archerlaw.com |
| | jgraziano@archerlaw.com |
| | cbaxter@archerlaw.com |
| | |
| | *Attorneys for Plaintiff Avaya Inc.* |

IT IS SO ORDERED.

Dated: September 27, 2011         BY THE COURT:

_____
William J. Martinez
United States District Judge