IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02327-WJM-MEH

AVAYA, INC., a Delaware corporation,

    Plaintiff,

v.

UNITED PACIFIC (USA) CORP., a New York corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2012.**

    The Joint Status Report and Stipulated Motion to Vacate Settlement Conference [filed June 5, 2012; docket #44] is **granted**. Because the parties represent that they have reached a tentative settlement, the Settlement Conference scheduled in this case for June 12, 2012, is hereby **vacated**. The parties shall file a status report updating the Court on the status of their settlement agreement on or before **July 2, 2012**, if the parties have not already filed dismissal papers by that date.