## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-02327-WJM-MEH

AVAYA, INC., a Delaware Corporation,,

    Plaintiff,

v.

UNITED PACIFIC (USA) CORP., A New York Corporation

    Defendant.

_____

## ORDER GRANTING STIPULATED MOTION FOR RELEASE OF BOND
## AND DISMISSAL OF CASE
_____

This matter is before the Court on the parties' Stipulated Motion for Release of Bond and Dismissal of Case (ECF No. 48) filed July 16, 2012.  The Court having reviewed the Motion and the record hereby ORDERS as follows:

The parties' Stipulated Motion is GRANTED.  The bond posted in connection with this matter by Plaintiff Avaya, Inc. is RELEASED (ECF No. 17).  The bond requirement previously ordered in this case is VACATED (ECF No. 16).  It is FURTHER ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE.  Each side shall bear its own costs, attorney's fees, and expert witness fees.

Dated this 16th day of July, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge